FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 JAN 26  A II: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| SYSKOPLAN CONSULTING, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ADVANCED MICRO DEVICES, INC., | ) |
| | ) |
| Defendant. | ) |

Civil Action No.

05 CV 10153 MEL

RECEIPT # 41685
AMOUNT $ 150.00
SUMMONS ISSUED N/A
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. M.P
DATE 1/26/05

MAGISTRATE JUDGE MBB

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant hereby removes this action from the Middlesex County Superior Court, and in support thereof states the following:

1.    The parties to this action are citizens of different States and the amount in controversy exceeds $75,000.00.   Accordingly, original jurisdiction in this Court is proper pursuant to 28 U.S.C. § 1332(a).

2.    This Notice of Removal has been filed within thirty days of service of process upon Defendant.

3.    Attached hereto as Exhibit 1 are copies of all processes and pleadings served upon Defendant in this action.

4.    Attached hereto as Exhibit 2 is a copy of the written notice of removal that is being filed with the Clerk of the Middlesex County Superior Court concurrently with this Notice of Removal.

Date:  January 25, 2005

Respectfully submitted,

Daniel E. Farrington
The Farrington Law Firm, LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814
(301) 951-1538 (Tel.)
(301) 951-1544 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2005, the foregoing Notice of

Removal was served upon the following person by United States mail, postage prepaid:

Nelson G. Apjohn, Esq.
Edward A. Baker, Esq.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

Daniel E. Farrington
The Farrington Law Firm, LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814
(301) 951-1538 (Tel.)
(301) 951-1544 (Fax)

1

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

MIDDLESEX............. , ss
[seal]

No.

SYSKOPLAN CONSULTING
INCORPORATED ..................... , Plaintiff(s)

v.

ADVANCED MICRO
DEVICES INCORPORATED ............. , Defendant(s)

### SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Nelson G. Apjohn/Edward A. Baker
World Trade Center West
of Nutter, McClennen & ............. plaintiff's attorney, whose address is 155 Seaport Boulevard
Fish LLP ....................................................... , an answer to the complaint which is herewith
Boston MA 02210

served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you

fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also

required to file your answer to the complaint in the office of the Clerk of this court at ........ 40 Thorndike Street

Cambridge, MA 02141 ......................... either before service upon plaintiff's attorney or within a

reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may

have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's

claim or you will thereafter be barred from making such claim in any other action.

Witness, Robert A. Mulligan, Esquire, at ......... Middlesex ...........................................................

the ...................................................... day of ...January..................................................................

...................., in the year of our Lord ~~one thousand nine hundred~~ and  Two Thousand and Five

*Edward J Sullivan*
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

**COPY**

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT
CIVIL ACTION NO. *05-0029*

|  |  |
|---|---|
| SYSKOPLAN CONSULTING INC., | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| ADVANCED MICRO DEVICES, INC. | ) ) ) |
| Defendant. | ) ) |

CORPORATE DISCLOSURE
STATEMENT OF SYSKOPLAN
CONSULTING INC.

Pursuant to Massachusetts Supreme Judicial Court Rule 1:21, plaintiff Syskoplan

Consulting Inc. hereby states that syskoplan AG is its parent company and the only publicly

held corporation that owns 10% or more of its stock.

SYSKOPLAN CONSULTING INC.

By its attorneys,

Nelson G. Apjohn (BBO #020373)
Edward A. Baker (BBO #651171)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02493
(617) 439-2000

January 5, 2005

### Certificate of Service

I certify that I served the foregoing document today on ~~all counsel by mail.~~ *defendant by hand.*

Edward A. Baker

January 6, 2005

1389551.1

# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT
CIVIL ACTION NO. 05-0029

```
                                        )
SYSKOPLAN CONSULTING INC.,              )
                                        )
        Plaintiff                       )
                                        )
v.                                      )
                                        )
ADVANCED MICRO DEVICES,                 )
INC.                                    )
                                        )
        Defendant.                      )
                                        )
```

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR
JAN 05 2005
CLERK

## MOTION TO APPOINT SPECIAL PROCESS SERVER

Pursuant to Mass. R. Civ. P. 4(c), plaintiff Syskoplan Consulting Inc. ("Syskoplan")

moves for an Order appointing Thomas L. Savage as special process server in this action.

In support of this motion, Syskoplan states that Mr. Savage is experienced in the

service of process, is over 18 years of age, and is disinterested in the outcome of this action.

SYSKOPLAN CONSULTING INC.

By its attorneys,

Nelson G. Apjohn (BBO #020373)
Edward A. Baker (BBO #651171)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02493
(617) 439-2000

1/5/05
(date)
Murtagh     J. MOTION
allowed
Attest: Ellen M. DiPace
Deputy Asst. Clerk

January 5 , 2005

# **N** Nutter

Edward A. Baker
Direct Line: 617-439-2291
Fax: 617-310-9291
E-mail: ebaker@nutter.com

January 5, 2005
22849-1

**By Hand.**

Civil Clerk's Office
Middlesex County Superior Court
40 Thorndike St.
Cambridge MA 02141

Re:     Syskoplan Consulting Inc. v. Advanced Micro Devices Inc.

Dear Sir/Madam:

Enclosed is an original and copy of the following documents for filing by Syskoplan
Consulting Inc.:

1.     Civil Action Cover Sheet;
2.     Complaint And Demand For Jury Trial;
3.     Corporate Disclosure Statement;
4.     Motion To Appoint Special Process Server.

I am also enclosing a summons and a check in the amount of $275.00 to cover the
Complaint filing fee.  Kindly validate and return the summons, along with a date-stamp copy
of the above documents, with the messenger.

Thank you for your attention to this matter.

Very truly yours,

Edward A. Baker

Nutter McClennen & Fish LLP ▪ Attorneys at Law

World Trade Center West ▪ 155 Seaport Boulevard ▪ Boston, MA 02210-2604 ▪ 617-439-2000 ▪ Fax: 617-310-9000 ▪ www.nutter.com



COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT
CIVIL ACTION NO. _05-0029_

```
                                    )
SYSKOPLAN CONSULTING INC.,          )
                                    )
        Plaintiff                   )
                                    )
v.                                  )
                                    )
ADVANCED MICRO DEVICES,             )
INC.                                )
                                    )
        Defendant.                  )
                                    )
```

## MOTION TO APPOINT SPECIAL PROCESS SERVER

Pursuant to Mass. R. Civ. P. 4(c), plaintiff Syskoplan Consulting Inc. ("Syskoplan")

moves for an Order appointing Thomas L. Savage as special process server in this action.

In support of this motion, Syskoplan states that Mr. Savage is experienced in the

service of process, is over 18 years of age, and is disinterested in the outcome of this action.

SYSKOPLAN CONSULTING INC.

By its attorneys,

Nelson G. Apjohn (BBO #020373)
Edward A. Baker (BBO #651171)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02493
(617) 439-2000

January 5, 2005

## Certificate of Service

I, Edward Baker, certify that on January _6_, 2005, a copy of this document was
served by ~~mail on all counsel of record.~~ *hand on defendant's agent*

_____ ~~Edward A. Baker~~

Edward A. Baker

January _6_, 2005

1392584.1

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: Middlesex |
|---|---|---|

**PLAINTIFF(S)**

Syskoplan Consulting, Incorporated

**DEFENDANT(S)**

Advanced Micro Devices, Incorporated

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE**
Nelson G. Apjohn/Edward A. Baker
Nutter McClennen & Fish LLP
155 Seaport Blvd, Boston, Ma 02210 tel: 617-439-2000

**ATTORNEY** (if known)

Board of Bar Overseers number:
020373/651171

**Origin code and track designation**

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)

- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A01 | Services, Labor, Materials | ( F ) | ( x ) Yes      ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A.   Documented medical expenses to date:
1. Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
2. Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
3. Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
4. Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
5. Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . . . . . Subtotal $. . . . . . . . . . .

B.   Documented lost wages and compensation to date . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
C.   Documented property damages to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
D.   Reasonably anticipated future medical and hospital expenses . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
E.   Reasonably anticipated lost wages
F.   Other documented items of damages (describe)                                        $. . . . . . . . . . .

G.   Brief description of plaintiff's injury, including nature and extent of injury (describe)

$. . . . . . . . . . .
TOTAL $. . . . . . . . . . .

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

This is an action for breach of a written contract promising payment for computer software consulting services, and for quantum meruit.

TOTAL $. 80,961.78 . . . .

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____      DATE: 1/5/05

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000



COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT 05-0029
C.A. No. _____

SYSKOPLAN CONSULTING INC.,          )
                                     )
        Plaintiff,                   )
                                     )       **COMPLAINT AND DEMAND**
v.                                   )       **FOR JURY TRIAL**
                                     )
ADVANCED MICRO DEVICES               )
INC.,                                )
                                     )
        Defendant.                   )

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX

JAN 05 2005

Edward J. Sullivan
CLERK

## INTRODUCTION

1.    This is an action for breach of a written contract promising payment for computer software consulting services, and for quantum meruit.

## PARTIES

2.    Syskoplan Consulting Incorporated ("Syskoplan") is a Delaware corporation with a principal place of business at 35 Corporate Drive, Suite 190, Burlington, Massachusetts.

3.    Advanced Micro Devices, Inc. ("AMD"), is a Delaware corporation with a usual place of business at 80 Central Street, Boxborough, Massachusetts. AMD is registered to do business in Massachusetts. AMD's principal place of business is at One AMD Place, Sunnyvale, California.

## FACTS

4.    Syskoplan is a systems integration company that provides functional and technical business process consulting, implementation, and systems integration services. In addition, Syskoplan develops high-value solutions for a wide variety of international companies. In this

connection, Syskoplan established a business relationship with Computer Associates International, Inc. ("Computer Associates") to extend Computer Associate's CleverPath™ Portal Solution offering to include the Syskoplan Enterprise Portlet Library ("EPL") and integration services as required. Syskoplan's EPL provides CleverPath customers with an integrated solution for building, deploying and maintaining an enterprise portal that leverages current legacy applications infrastructure without the need to re-engineer back-end systems.

5.    Founded in 1969, AMD designs and produces microprocessors, Flash memory devices, and low-power processor solutions for the computer, communications, and consumer electronics industries. Its products are sold in Massachusetts and throughout the world. AMD employs roughly sixty employees at its design center in Boxborough, Massachusetts.

6.    On or about March 2003, AMD contacted Syskoplan, either directly or through Computer Associates, to inquire about Syskoplan's software integration services. Syskoplan responded to these inquiries by arranging for a meeting between key personnel from AMD and Syskoplan to discuss and demonstrate Syskoplan's products and capabilities. As a result of these meetings, which occurred in early 2003, AMD requested that Syskoplan develop a formal proposal to provide software consulting services at its Texas location, specifically, the integration of CleverPath software with AMD's system software through the installation and customization of Syskoplan's EPL software.

7.    In response to AMD's request, Syskoplan drafted a Services Proposal. On or about April 11, 2003, a final version of this proposal, titled "Enterprise Portlet Development Services Proposal for AMD" (v.3.3)("Services Proposal"), was submitted to AMD for its consideration. The Services Proposal was signed and accepted by AMD and Syskoplan on or

- 2 -

about April 30, 2003.

8.     Among other things, the Services Proposal provided that AMD would pay Syskoplan $75,000 for the services described therein, plus all reasonable travel and living expenses incurred by Syskoplan resources while working on the AMD project. The Services Proposal was to be implemented in two cycles over approximately an eight-week period, commencing from the date that Syskoplan was given secure remote access to AMD's development environment. Payment of all fees and expenses owed to Syskoplan was to be due "within thirty (30) days after Syskoplan has submitted to AMD an invoice," unless AMD disputed an invoice "in writing to Syskoplan within 30 days from the invoice date." The Services Proposal also provided that "a late payment fee of 1.5% monthly (18% annually), or the maximum rate allowed by law, whichever is less, will be charged to any past due balance."

9.     On April 30, 2003, AMD and Syskoplan also entered into a Consulting Services Agreement ("Agreement"). This Agreement contained additional terms of the contractual arrangement between AMD and Syskoplan, and provided that compensation for Syskoplan's services and deliverables "shall be as set forth in the applicable Scope of Work," a reference to the Services Proposal. Specifically, Section 3 of the Agreement states that "[a]ll fees and charges shall be due and payable by AMD net Thirty (30) days following receipt of [Syskoplan's] itemized invoice and acceptance of the Services as described in Section 5(b) herein." Section 5(b) of the Agreement states that "[Syskoplan] shall notify AMD when it has completed the Services described in the [Services Proposal]" and that "within seven (7) days of [Syskoplan's] notice, AMD shall either (i) notify [Syskoplan] that AMD accepts the Services; or (ii) advise [Syskoplan] of any deficiencies in the Services." Syskoplan was to be given an opportunity to correct any deficiencies if notified in this manner.

- 3 -

10.     Syskoplan gained secure remote access to AMD's development environment on or about May 2003. Syskoplan immediately commenced work on the services as described in the Services Proposal, including the installation of Syskoplan's EPL software onsite at AMD. On or about July 2003, Syskoplan completed the services contemplated by the Services Proposal and notified AMD of this fact. Syskoplan then submitted two invoices to AMD on or before August 8, 2003. (See Exhibit A). Both invoices were dated July 20, 2003. The first invoice was in the amount of $75,000 and covered the fees due as agreed under the Services Proposal. The second covered travel and other expenses of Syskoplan employees, and was in the amount of $1,354.70. Together, these invoices totaled $76,354.70.

11.     AMD did not provide Syskoplan with notice of any deficiencies in the services and product delivered within the time period established by the Agreement, nor an opportunity to correct any deficiencies AMD may have perceived.

12.     Syskoplan provided AMD with a second written notice of the two invoices past due by letter dated December 22, 2003. (See Exhibit B). Syskoplan subsequently sent AMD a third written notice by letter dated April 30, 2004. (See Exhibit C). It made yet another attempt to collect on the outstanding invoices by letter dated May 18, 2004. (See Exhibit D). Syskoplan has not received payment on its invoices to AMD. To date, late fees on the two outstanding invoices total approximately $4,607.08.

## COUNT I

### (Breach of Contract)

13.     Syskoplan restates and incorporates herein by reference the allegations in Paragraphs 1-12 above.

- 4 -

14.    Pursuant to the terms of its written agreement, AMD agreed to pay Syskoplan for its software integration services relating to a customized EPL software product.

15.    AMD has failed and refused to pay Syskoplan's invoices for its software integration services relating to a customized EPL software product. Any conditions precedent for payment have been performed or have occurred.

16.    By its above-described actions, AMD has breached its contract, and payment of Syskoplan's invoices is past due.

COUNT II

(Quantum Meruit)

17.    Syskoplan restated and incorporates herein by reference the allegations in Paragraphs 1-16 above.

18.    Syskoplan has substantially performed the work described and agreed to in the Services Proposal.

19.    Syskoplan is entitled to recover the fair value of the work for which it has not been paid.

CLAIM FOR JURY TRIAL

Syskoplan claims a trial by jury on all claims so triable as of right.

PRAYER FOR RELIEF

WHEREFORE, Syskoplan respectfully requests that this Court:

- 5 -

A.    Enter judgment under Counts I and II against AMD and in favor of Syskoplan in

an amount not less than $80,961.78 plus interest and costs;

B.    Provide such other and further relief as this Court deems just and proper.


SYSKOPLAN CONSULTING INC.

By its attorneys,

Nelson G. Apjohn (BBO# 020373)
Edward A. Baker (BBO# 651171)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Dated:  January 5 , 2005


1368049.4

Exhibit A



REDACTED

Advanced Micro Devices, Inc.
One AMD Place
Sunnyvale, CA 94088

# Invoice 500000613

7/20/03

| Order | Amount | S. Office | Customer ID | Your Purchase Order Number |
|-------|--------|-----------|-------------|----------------------------|
| 600230 | 75,000.00 | U222 | 500205 | |

Terms:
Net

Currency:

| Project:<br>**AMD EPL License** | Quantity | Price/Unit | Amount |
|---------------------------------|----------|------------|--------|
| EPL License | 1.00 LE | 75,000.00 USD | 75,000.00 |
| | | **Total** | 75,000.00 |



**Sysko**plan Consulting Incorporated
35 Corporate Drive, Suite 190
Burlington, Massachusetts 01803
Telephone    781 270 9100
Fax          781 270 1400

www.syskoplan.com
e-mail: syskoinfo@syskoplan.com

Advanced Micro Devices, Inc.
Attention Accounts Payable
One AMD Place
Sunnyvale, CA 94088

## Invoice 500000613                    Duplicate*                                7/20/2003

| Order  | Amount       | S. Office | Customer ID | Your Purchase Order Number |
|--------|--------------|-----------|-------------|----------------------------|
| 600230 | 75,000.00    | U222      | 500205      |                            |

Terms:
Net

Currency:

Project:

| **EPL Implementation Services** | Quantity | Price/Unit | Amount |
|---------------------------------|----------|------------|--------|
| EPL Implementation Services     | 1.00 LE  | 75,000.00 USD | 75,000.00 |
|                                 |          | **Total**  | 75,000.00 |

*Please note revised description

Exhibit B



REDACTED

December 22, 2003


Advanced Micro Devices
Accounts Payable Mailstop 503
5204 East Ben White Bld.
Austin, TX 78741


Dear Accounting Manager,

I am having problems connecting to the Accounts Payable department via the
switchboard. I am looking for payment on 2 over due invoices.

Invoice #500000613     6/30/03     $75,000.00
Invoice #500000619     6/30/03      $1,354.70

Please forward the payment information or follow up with an explanation on
their delay.

Kind regards,



Joana Freitas



**Sysko**plan Consulting Incorporated
35 Corporate Drive, Suite 190
Burlington, Massachusetts 01803
Telephone   781 270 9100
Fax         781 270 1400

www.syskoplan.com
e-mail: syskoinfo@syskoplan.com

Advanced Micro Devices
Accounts Payable Mailstop 503
5204 E. Ben White Bld.
Austin, TX 78741

# DUPLICATE

# OVER DUE

**Invoice 500000619**          *Duplicate*                          7/20/2003

| Order | Amount | S. Office | Customer ID | Your Purchase Order Number |
|-------|--------|-----------|-------------|----------------------------|
| 600234 | 1,354.70 | U222 | 500205 | |

| Terms: | | Currency: | USD |
|--------|--|-----------|-----|
| Net | | | |

Project:

| AMD Services | Quantity | Price/Unit | Amount |
|--------------|----------|------------|--------|
| AMD Services- Stephen Blanchard | | | |
| **Consultant Total Expenses** | | | |
| MEALS | 1.00 LE | 35.21 USD | 35.21 |
| AIRFARE | 1.00 LE | 868.00 USD | 868.00 |
| HOTEL | 1.00 LE | 227.31 USD | 227.31 |
| RENTAL CAR | 1.00 LE | 224.18 USD | 224.18 |
| | | **Total** | 1,354.70 |



**Sysko**plan Consulting Incorporated
35 Corporate Drive, Suite 190
Burlington, Massachusetts 01803
Telephone    781 270 9100
Fax          781 270 1400

www.syskoplan.com
e-mail: syskoinfo@syskoplan.com

Advanced Micro Devices
Accounts Payable Mailstop 503
5204 E. Ben White Bld.
Austin, TX 78741

# DUPLICATE

## OVER DUE

| **Invoice 500000613** | Duplicate* | 7/20/2003 |
| --- | --- | --- |

| Order | Amount | S. Office | Customer ID | Your Purchase Order Number |
| --- | --- | --- | --- | --- |
| 600230 | 75,000.00 | U222 | 500205 | |

Terms:
Net

Currency:

Project:

| **EPL Implementation Services** | **Quantity** | **Price/Unit** | **Amount** |
| --- | --- | --- | --- |
| EPL Implementation Services | 1.00 LE | 75,000.00 USD | 75,000.00 |
| | | **Total** | 75,000.00 |

*Please note revised description

Exhibit C

REDACTED



**Sysko**plan Consulting Incorporated
35 Corporate Drive, Suite 190
Burlington, Massachusetts 01803
Telephone    781 270 9100
Fax          781 270 1400

www.syskoplan.com
e-mail: syskoinfo@syskoplan.com

April 30, 2004

Mr. Fred Mapp
Advanced Micro Devices
Accounts Payable Mailstop 503
5204 East Ben White Bld.
Austin, TX 78741

COLLECTION NOTICE -- SECOND REQUEST

Dear Mr. Mapp:

The following invoices are long past due.  According to our records, the product
was installed by the EPL team and the services completed in 2003.  Please
immediately remit the $76,354.70 via check or wire.

| | | |
|---|---|---|
| Invoice #500000613 | 6/30/03 | $75,000.00 |
| Invoice #500000619 | 6/30/03 | $1,354.70 |

Kind regards,

*Susan J. Richards*

Susan J. Richards
Controller



Advanced Micro Devices
Accounts Payable Mailstop 503
5204 E. Ben White Bld.
Austin, TX 78741

**Syskoplan** Consulting Incorporated
35 Corporate Drive, Suite 190
Burlington, Massachusetts 01803
Telephone    781 270 9100
Fax          781 270 1400

www.syskoplan.com
e-mail: syskoinfo@syskoplan.com

# DUPLICATE

## ·OVER DUE

**Invoice 500000613**                    ·Duplicate*                    7/20/2003

| Order | Amount | S. Office | Customer ID | Your Purchase Order Number |
|-------|--------|-----------|-------------|----------------------------|
| 600230 | 75,000.00 | U222 | 500205 | |

Terms:
·Net                                             Currency:

Project:

| **EPL Implementation Services** | Quantity | Price/Unit | Amount |
|---------------------------------|----------|------------|--------|
| EPL Implementation Services | 1.00 LE | 75,000.00 USD | 75,000.00 |
| | | **Total** | 75,000.00 |

*Please note revised description



**Syskoplan Consulting Incorporated**
35 Corporate Drive, Suite 190
Burlington, Massachusetts 01803
Telephone   781 270 9100
Fax        781 270 1400

www.syskoplan.com
e-mail: syskoinfo@syskoplan.com

Advanced Micro Devices
Accounts Payable Mailstop 503
5204 E. Ben White Bld.
Austin, TX 78741

# DUPLICATE

# OVER DUE

## Invoice 500000619                    *Duplicate*                    7/20/2003

| Order | Amount | S. Office | Customer ID | Your Purchase Order Number |
|-------|--------|-----------|-------------|----------------------------|
| 600234 | 1,354.70 | U222 | 500205 | |

Terms:
Net

Currency:                    USD

Project:

| AMD Services | Quantity | Price/Unit | Amount |
|--------------|----------|------------|--------|
| AMD Services- Stephen Blanchard | | | |
| **Consultant Total Expenses** | | | |
| MEALS | 1.00 LE | 35.21 USD | 35.21 |
| AIRFARE | 1.00 LE | 868.00 USD | 868.00 |
| HOTEL | 1.00 LE | 227.31 USD | 227.31 |
| RENTAL CAR | 1.00 LE | 224.18 USD | 224.18 |
| | | **Total** | 1,354.70 |



AIRFLIGHT INSURANCE PREMIUM
TKT NO. 03710285050211
Reference: 050120030416
April 24, 2003                                                  5.00
EXPEDIA SERVICE AND 800-397-3342 WA
165269112 INTERNET
Reference: 050120030426
April 26, 2003                                                  49.50
AIRFLIGHT INSURANCE PREMIUM
TKT NO. 00610285051205
Reference: 050120030426

Activity for STEPHEN G BLANCHARD        New Charges:           144.84

Total Due In Full Activity                                     144.84

| | Flexible Payment Summary | | | Amount $ |
| Previous Balance $ | Payments/Credits $ | Finance Charge | New Charges | New Balance $ |
| 3,025.76 | -3,145.24 | 0.00 | 3,139.00 | 3,019.52 |

Sign & Travel® and/or Extended Payment Option™
Thank you for using Flexible Payment Option.
Transactions for STEPHEN G BLANCHARD
April 9, 2003                                                  3,025.76
PAYMENT RECEIVED - THANK YOU
RC1 MS00000000
April 16, 2003                                                  206.50
US AIRWAYS ATLANTA GA
20030416
April 16, 2003                                                  150.00
ASU HOUSING 800-4245250 IL
0305ASUMS BUSINESS SERVRC1 MS00049566
April 17, 2003                                                  1,295.00
PREEMPTIVE SOLUTIONSEUCLID OH
0000-0417 JAVA SOFTWARERC1 MS00084833
April 22, 2003
SBVEXPO TEMPORARY CREDIT
FOR# 99421700000789R01 MS00000000
April 24, 2003                                                  868.00
DELTA AIR LINES ATLANTA GA
20030424
April 25, 2003                                                  256.50
NORTHWEST AIRLINES ATLANTA GA
20030425
April 25, 2003                                                  363.00
SOUTHWEST AIRLINES DALLAS TX
TKT# 5262746981354 RC1 MS00063404

Activity For STEPHEN G BLANCHARD                               -6.24
Card #: XXXX-XXXXXX-01007

Total Sign & Travel® and/or Extended Payment Option Activity   -6.24

https://www48.americanexpress.com/en/cards                    4/29/2003



Reference: 050120030429

**April 28, 2003**   BLANCHARD                                          5.85
MIDWAY AIRPORT CONCECHICAGO IL
FOOD/BEVERAGE
FOOD                                            4.85
TIP                                             1.00
Reference: 050120030429

**April 29, 2003**                                                    -19.95
GOODWILL ADJUSTMENT
DATE OF ABOVE 04/29
Reference: 050120030429

**April 29, 2003**                                                    19.95
REBILLING OF OUR PREV. ISSUED CREDIT
DATE OF ABOVE 04/29
Reference: 050120030429

**May 1, 2003**                                                       40.00
MEM RWDS ANNUAL PROGRAM FEE
Reference: 059220030501

**May 2, 2003**                                                       35.21
AUSTIN-BERGSTROM INTAUSTIN TX
012379643 FOOD/BEV
Reference: 050120030503

**May 2, 2003**                                                       42.00
MANCHESTER AIRPORT MANCHESTER NH
063512032 PARKING FEES
Reference: 050120030504

**May 2, 2003**                                                       13.44
ANTON AIRFOODS HEBROHEBRON KY
FOOD/ BEVERAGE
FOOD-BEV                                        11.44
WAITER                                          2.00
Reference: 050120030505

**May 13, 2003**                                                      11.97
AMAZON.COM *SSI MGZN800-586-2199 WA
1SCUFB03W MAGAZINES
Reference: 050120030513

**May 13, 2003**                                                      59.95
UCG 3012872424 MD
00000050 PUBLICATIONS
Reference: 050120030516

**May 16, 2003**                                                      87.65
ORIGINAL PAPA JOES NEW ORLEANS LA
FOOD/BEVERAGE
FOOD                                            72.65
TIP                                             15.00
Reference: 050120030519

**May 20, 2003**                                                      60.00
RHINO BUSINESS SERVINEW ORLEANS LA
079329692 COPYING CENTER
Reference: 050120030521

**May 21, 2003**                                                      96.00
MASSPORT AUTH LOGAN EAST BOSTON MA
76530018 PARKING FEES
Reference: 050120030522

**May 21, 2003**                                                      7.27
D'C CONCESSIONS #45 WASHINGTON DC
FOOD/BEVERAGE
FOOD/BEV                                        7.27
Reference: 050120030524

**Activity for STEPHEN G BLANCHARD**          New Charges:            604.02

Exhibit D

REDACTED



**Sysko**plan Consulting Incorporated
35 Corporate Drive, Suite 190
Burlington, Massachusetts 01803
Telephone    781 270 9100
Fax              781 270 1400

www.syskoplan.com
e-mail: syskoinfo@syskoplan.com

May 18, 2004

Mr. Fred Mapp
Advanced Micro Devices
Accounts Payable Mailstop 503
5204 East Ben White Bld.
Austin, TX 78741

COLLECTION NOTICE – THIRD REQUEST

Dear Mr. Mapp:

The following invoices are long past due.  According to our records, the product
was installed by the EPL team and the services completed in 2003.  Please
immediately remit the $76,354.70 via check or wire.

|  |  |  |
|---|---|---|
| Invoice #500000613 | 6/30/03 | $75,000.00 |
| Invoice #500000619 | 6/30/03 | $1,354.70 |

If payment is not received by May 31, 2004, the matter will be turned over to our
attorney for collection.

Regards,

*Susan J. Richards*

Susan J. Richards
Controller

**FedEx Express** *US Airbill*

FedEx Tracking Number **8465 3278 6762**

Sender's

**1 From** *Please print and press hard.*

Date 5/19/04    Sender's FedEx Account Number    2124-6219-5

Sender's Name Susan J. Richards    Phone (781) 270-9100

Company SYSKOPLAN CONSULTING INC

Address 35 CORPORATE DR    Dept./Floor/Suite/Room

City BURLINGTON    State MA    ZIP 01803-4244

**2 Your Internal Billing Reference**    OPTIONAL
*First 24 characters will appear on invoice.*

**3 To**

Recipient's Name Mr. Fred Mapp    Phone ( )

Company Advanced Micro Devices

Recipient's Address Accounts Payable Mailstop 503    Dept./Floor/Suite/Room
*We cannot deliver to P.O. boxes or P.O. ZIP codes.*

Address 5204 East Ben White Bld.
*To request a package be held at a specific FedEx location, print FedEx address here.*

City Austin    State TX    ZIP 78741

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.
**Questions? Visit our Web site at fedex.com**
or call 1.800.GoFedEx 1.800.463.3339.

0276036635

**4a Express Package Service**    *Packages up to*

☐ FedEx Priority Overnight
*Next business morning.*

☐ FedEx Standard Overnight
*Next business afternoon.*

☐ FedEx First Over
*Earliest next business delivery to select locations*

☒ FedEx 2Day
*Second business day.*

☐ FedEx Express Saver
*Third business day.*
*FedEx Envelope rate not available. Minimum charge: One-pound rate.*

**4b Express Freight Service**    *Packages over*

☐ FedEx 1Day Freight
*Next business day.*

☐ FedEx 2Day Freight
*Second business day.*

☐ FedEx 3Day Fr
*Third business day.*
*Call for Confirmation.*

**5 Packaging**    *Declared*

☒ FedEx Envelope*    ☐ FedEx Pak*
*Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.*    ☐ FedEx Box    ☐ FedEx Tube

**6 Special Handling**

☐ SATURDAY Delivery
*Available ONLY for FedEx Priority Overnight, FedEx 2Day, FedEx 1Day Freight, and FedEx 2Day Freight to select ZIP codes.*

☐ HOLD Weekday
at FedEx Location
*Available for FedEx First Overnight*

☐ HOLD Saturday
at FedEx Location
*FedEx Priority Overnight FedEx 2Day to select locations*

Does this shipment contain dangerous goods?

☐ No    ☐ Yes
As per attached
Shipper's Declaration    ☐ Yes
Shipper's Declaration
not required    ☐ Dry Ice
Dry Ice, 9, UN 1845
___ x ___ kg

*Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.*    ☐ Cargo Aircraft Onl

**7 Payment** *Bill to:*
Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender
Acct. No. in Section
will be billed    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Ca

FedEx Acct. No.
Credit Card No.    Exp.
Date

Total Packages    Total Weight    Total Declared Value†

$    .00

†Our liability is limited to $100 unless you declare a higher value. See back for details.

**8 Sign to Authorize Delivery Without a Signature**

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

SRS• Rev. Date 11/03•Part #158278•©1994–2003 FedEx•PRINTED IN U.S.A.

461

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX COUNTY SUPERIOR COURT

| | |
|---|---|
| SYSKOPLAN CONSULTING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Superior Court C.A. No. 05-0029

**NOTICE OF REMOVAL**

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant has removed this action pursuant to 28 U.S.C. § 1441 to the United States District Court for the District of Massachusetts. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of Removal is attached hereto as Exhibit 1.

Date: January 25, 2005

Respectfully submitted,

Daniel E. Farrington
The Farrington Law Firm, LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814
(301) 951-1538 (Tel.)
(301) 951-1544 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2005, the foregoing Notice of

Removal was served upon the following person by United States mail, postage prepaid:

Nelson G. Apjohn, Esq.
Edward A. Baker, Esq.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

Daniel E. Farrington
The Farrington Law Firm, LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814
(301) 951-1538 (Tel.)
(301) 951-1544 (Fax)

2