FILED
IN CLERKS OFFICE

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS          2005 JAN 26  A 11: 44

|  |  |  |
|---|---|---|
| SYSKOPLAN CONSULTING, INC., | ) | U.S. DISTRICT COURT |
|  | ) | DISTRICT OF MASS |
| Plaintiff, | ) | RECEIPT # 1183 |
|  | ) | AMOUNT $ 20.00 |
| v. | ) | Civil Action No. |
|  | ) | BY DEPTY CLK 1/29/05 |
| ADVANCED MICRO DEVICES, INC., | ) | DATE 1/29/05 |
|  | ) | |
| Defendant. | ) | 05 - 10153 MEL |
|  | ) | |

## MOTION TO ADMIT DANIEL E. FARRINGTON *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, William H. Kettlewell, Esquire, a member of the bar of the United States District Court for the District of Massachusetts, moves this Court to admit Daniel E. Farrington of the The Farrington Law Firm, LLC, *pro hac vice* in the above-captioned matter.

In support of this motion, the undersigned submits the attached Affidavits of William H. Kettlewell, Esq. and Daniel E. Farrington that demonstrate that Mr. Farrington is a member in good standing of the bars of the Maryland Court of Appeals, the District of Columbia Court of Appeals, the United States District Court for the District of Maryland, the United States District Court for the District of Columbia, the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the District of Columbia Circuit and the United States Supreme Court.

I submit that his admission *pro hac vice* is in accord with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts. (See Affidavit of William H. Kettlewell, Esq., and Daniel E. Farrington attached as Exhibits 1 and 2, respectively).

Respectfully submitted,
William H. Kettlewell

Counsel for Advanced Micro Devices, Inc.,

William H. Kettlewell BBO#270320
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, Massachusetts 02110
(617) 371-1005

Dated: January 25, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2005, the foregoing Motion to

Admit Daniel E. Farrington *Pro Hac Vice* was served upon the following person by

United States mail, postage prepaid:

> Nelson G. Apjohn, Esq.
> Edward A. Baker, Esq.
> Nutter, McClennen & Fish, LLP
> World Trade Center West
> 155 Seaport Boulevard
> Boston, MA 02210-2604

Daniel E. Farrington
The Farrington Law Firm, LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814
(301) 951-1538 (Tel.)
(301) 951-1544 (Fax)

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SYSKOPLAN CONSULTING, INC.,   ) | |
|              ) | |
|      Plaintiff,      ) | |
|              ) | Civil Action No. |
| v.             ) | |
|              ) | |
| ADVANCED MICRO DEVICES, INC.,   ) | |
|              ) | |
|      Defendant.    ) | |

## AFFIDAVIT OF WILLIAM H. KETTLEWELL, ESQ.

I, William H. Kettlewell, Esq., state as follows:

1.    I am an attorney-at-law of the Commonwealth of Massachusetts and a member of the Bar of this Court. I am a partner with the law firm of Dwyer & Collora, LLP, 600 Atlantic Avenue, Boston, Massachusetts 02210-2211.

2.    Daniel E. Farrington is a member in good standing of the bars of the Maryland Court of Appeals, the District of Columbia Court of Appeals, the United States District Court for the District of Maryland, the United States District Court for the District of Columbia, the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the District of Columbia Circuit and the United States Supreme Court. He is the principal of The Farrington Law Firm, LLC, 4550 Montgomery Avenue, Suite 775 North Bethesda, MD 20814 .

3.    All pleadings and papers in this action will continue to be served upon me as local counsel of record and an authorized member of the bar of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 25 day of January, 2005.


William H. Kettlewell

2

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

|                                          |   |                     |
|------------------------------------------|---|---------------------|
| **SYSKOPLAN CONSULTING, INC.,**          | ) |                     |
|                                          | ) |                     |
| Plaintiff,                               | ) |                     |
|                                          | ) |                     |
| v.                                       | ) | Civil Action No.    |
|                                          | ) |                     |
| **ADVANCED MICRO DEVICES, INC.,**        | ) |                     |
|                                          | ) |                     |
| Defendant.                               | ) |                     |

## AFFIDAVIT OF DANIEL E. FARRINGTON

I, Daniel E. Farrington, state as follows:

1.      I am an attorney admitted to the bars of the following courts:  The Maryland Court of Appeals, the District of Columbia Court of Appeals, the United States District Court for the District of Maryland, the United States District Court for the District of Columbia, the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the District of Columbia Circuit and the United States Supreme Court. 1 am the founding attorney and principal of The Farrington Law Firm, LLC, 4550 Montgomery Avenue, Suite 775 North, Bethesda, MD 20814.

2.      There are no disciplinary proceedings pending against me in any jurisdiction. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3.      All pleadings and papers in this action will continue to be served upon William H. Kettlewell, Esquire, who will appear as local-counsel of record and is an

authorized member of the bar of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 25th day of January, 2005

Daniel E. Farrington