


**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:**
Clerk of the
 Middlesex Superior Court

 40 Thorndike Street

 Cambridge, MA 02141

**RE:**

CIVIL ACTION #. 05-cv-10153-MEL

CRIMINAL #. _____

Syskoplan Consulting Inc. V

Advanced Micro Devices, Inc.

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ March 9, 2005 by the Honorable Morris E. Lasker, S.D.J. .

The following documents are included in our file and transmitted herewith:

- (X) Certified copy of the docket entries;
- (X) Certified copy of the transferral order;
- ( ) Original documents numbered  1-5
- ( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

Sarah A. Thornton

CLERK OF COURT

Date: March 10, 2005

By: /s/ George H. Howarth
    Deputy Clerk

cc:  Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number:_____.

By:_____
   Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)